**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE BUILDING MAINTENANCE CO., | No. C 03-03958 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, et al., | |
| Defendants.     / | |

    Defendants are hereby ORDERED to file a proposed form of judgment by June 16, 2006, consistent with the judgment of the Ninth Circuit, No. 04-16173, dated June 2, 2006.

**IT IS SO ORDERED.**

Dated: June 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3958\order.wpd