**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE BUILDING MAINTENANCE CO., | No. C 03-03958 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, et al., | |
| Defendants. | |

On June 16, 2006, in response to a request by the Court, defendant submitted a proposed judgment to the Court. Plaintiff shall submit objections to the proposed judgment, if any, no later than Wednesday, June 21, 2006. In particular, plaintiff shall address whether attorney's fees are appropriate here in light of the fact that the Ninth Circuit remanded to the Court to determine such fees.

**IT IS SO ORDERED.**

Dated: June 19, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3958\order 2.wpd