IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE BUILDING MAINTENANCE CO., | No. C 03-03958 CRB |
| Plaintiff, | **ORDER RE ATTORNEY'S FEES** |
| v. | |
| BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, et al., | |
| Defendants. | |

In response to the Court's Order of June 19, 2006, plaintiff has submitted its objections to the Court awarding defendants attorney's fees and costs associated with the judgment in this matter. Accordingly, defendants may file a motion for attorney's fees and costs no later than June 30, 2006, with oral argument to be heard on August 4, 2006, at 10:00 a.m. at 450 Golden Gate Avenue, Courtroom 8, 19th floor, in San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 22, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3958\order re atty fees.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28