IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE BUILDING MAINTENANCE CO., | No. C 03-03958 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, et al., | |
| Defendants. | |

Pursuant to the Ninth Circuit's Order of June 21, 2006, the parties shall include discussion of attorney fees in the Court of Appeals in the motion for attorney's fees to be heard on August 4, 2006.

**IT IS SO ORDERED.**

Dated: June 23, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3958\order re atty fees.wpd