IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE BUILDING MAINTENANCE CO., | No. C 03-03958 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, et al., | |
| Defendants. | |

By Order filed September 12, 2006, the Court granted defendants' motion for attorneys' fees and costs incurred in the district court and appellate court proceedings. Now pending before the Court for decision is the amount of such award.

Defendants seek $163,527.00 in attorneys' fees incurred in the district court and appellate proceedings and $8,682.75 in costs, for a total award of $172,209.75. Defendants' fee application is supported by a detailed declaration and billing records. The Court has reviewed the declaration and supporting billing records and finds that the hourly rates are reasonable. The Court also finds that the fees incurred are reasonable. The only specific objection made by plaintiff is that there "are multiple entries for multiple hour inter-office conferences." Opposition at 9. The Court has reviewed the time entries and finds the time spent on conferences reasonable and not excessive, especially in light of the novel

1  procedural and legal issues raised in this matter. The Court also finds that the fees incurred
2  in connection with the appeal are not, in the Court's experience, excessive. Accordingly, the
3  Court will amend the judgment to include an additional $172,209.75 in attorneys' fees and
4  costs.

5  **IT IS SO ORDERED.**

7  Dated: September 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE