IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE BUILDING MAINTENANCE CO., | No. C 03-03958 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, et al., | |
| Defendants. | |

    Now pending before the Court for decision is defendants' second motion for attorneys' fees and costs. Defendants seek to recover their fees and costs incurred post-judgment since July 1, 2006. After carefully considering the papers filed by the parties, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS defendants' motion.

    Plaintiff's only argument is that defendants are not entitled to attorneys' fees under the Trust Indenture. Plaintiff does not challenge the amount of fees or the timeliness of defendants' motion. As the Court has previously ruled that defendants are entitled to recover their fees and costs pursuant to Section 8.8 of the Trust Indenture, see Order filed September

//

//

1   12, 2006, it must grant defendants' motion in the total amount of $72,684.10.

2   **IT IS SO ORDERED.**

3

4   Dated: January 22, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE